IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINAY K. KARNA<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO.: 4:12-cv-00101 |
| BP CORPORATION<br>NORTH AMERICA, INC.<br>　　Defendant. | §<br>§<br>§<br>§ | |

**<u>VERDICT FORM</u>**

## JURY QUESTION NO. 1

Is Karna exempt from the overtime pay law pursuant to the computer professional exemption?

Answer "Yes" or "No."

___Yes___

If you answered "No" to Question 1, you must answer Questions 2 and 3.

If you answered "Yes" to Question 1, you need not answer the remaining questions.

1

## JURY QUESTION NO. 2

Was BP Corporation's failure to pay Karna overtime compensation willful?

Answer "Yes" or "No."

_N/A_

## JURY QUESTION NO. 3

Indicate in the space provided the total amount of overtime compensation owed to Karna during the relevant time period.

If you answered "Yes" to Jury Question 2, the relevant time period is May 2, 2008, to October 18, 2009.

If you answered "No" to Jury Question 2, the relevant time period is May 2, 2009 to October 18, 2009.

Answer in dollars and cents.

$ __N/A__