IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINAY K. KARNA | § § § | |
| VS. | § | CIVIL ACTION NO. 4:12-cv-00101 |
| | § § | |
| BP CORPORATION, NORTH AMERICA, INC. | § § | |

## FINAL JUDGMENT

Before the Court is Defendant, BP Corporation North America Inc.'s Motion for Entry of Final Judgment. In accordance with the Jury's Verdict Form (Doc. No. 84), and the Court's Memorandum and Order of March 19, 2013 (Doc. No. 55), it is Ordered, Adjudged and Decreed:

1. Defendant's Motion for Entry of Final Judgment is Granted;
2. Plaintiff shall take nothing from Defendant, BP Corporation North America Inc.;
3. Plaintiff's claims are dismissed with prejudice;
4. BP Corporation shall recover its costs from Plaintiff, Vinay Karna
5. All relief not expressly granted is denied; and
6. This is a Final Judgment.

Signed at Houston, Texas this 19th day of July 2013.

_____
United States District Judge